IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NOS. 1:20MJ3068 |
| Plaintiff | * | |
| -vs- | * | MAGISTRATE JUDGE THOMAS M. PARKER |
| BRANDON SHARPE | * | |
| Defendant | * | NOTICE TO THE COURT |

\* \* \*

Now comes the Defendant, Brandon Sharpe, by and through undersigned counsel, who gives notice that he will waive his detention hearing currently scheduled for March 10, 2020, but does not waive the preliminary hearing in this matter, currently scheduled for the same time, March 10, 2020, at 11:00 a.m.

Respectfully submitted,

*/S/  LAWRENCE J. WHITNEY*
LAWRENCE J. WHITNEY #0023738
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171
330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

I hereby certify that on March 6, 2020, a copy of the foregoing Notice to the Court was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

*/S/ LAWRENCE J. WHITNEY*
LAWRENCE J. WHITNEY
Attorney for Defendant